# United States Court of Appeals
## For the First Circuit

No. 22-1652

FAGBEMI MIRANDA,

Petitioner, Appellant,

v.

STEPHEN KENNEDY,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on January 3, 2025, is amended as follows:

On page 20, note 5, line 2, insert "of" between "state" and "mind".